

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Good Neighbor Commission of Texas
Austin, Texas

Gentlemen:                          Attention - Miss Pauline R. Kibbe

Opinion No. 0-7472
Re: May the stenographer's expenses
be paid while attending meetings of
the Commission outside of Austin?

We have your letter asking our opinion as to whether the Secretary of the Good Neighbor Commission of Texas can be paid out of the Appropriation Bill for all expenses incurred while attending meetings of the Commission when held outside of Austin.

The law creating the Good Neighbor Commission, and making an appropriation therefor, is contained in House Bill No. 804, which is on page 133 of the General and Special Laws of the 49th Legislature.

Under this Bill the Commission is authorized to hold meetings in Austin, or such other places in the State, and at such times as the Commission may designate.

The Commission may employ a secretary and such other clerical employees as it thinks necessary, and fix the pay and compensation of such employees within the limits of funds made available to it for such purpose by appropriation from time to time. The Legislature appropriated in said Bill $3600.00 per year for the Executive Secretary and $1620.00 per year for the stenographer. It appropriated for traveling expense for the Executive Secretary, Commissioners and consultants $2350.00 for each year.

It appropriated money with which to pay the telephone and telegraph, stationery, printing, postage and miscellaneous expense.

Since the Legislature appropriated expense money for the Executive Secretary, and did not appropriate any for the expenses of the stenographer, it is our opinion that the stenogra-

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

pher would not be entitled to expenses incurred while attending meetings outside of Austin. The Legislature evidently was of the opinion that the Executive Secretary could attend to all clerical matters necessary when the meetings were held outside of Austin.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Geo. W. Barcus
ASSISTANT

GWB-MR